Stephen L. Baker
Neil B. Friedman
BAKER AND RANNELLS, PA
626 North Thompson Street
Raritan, New Jersey 08869
s.baker@br-tmlaw.com
n.friedman@br-tmlaw.com
Tel: (908) 722-5640
Attorneys for Plaintiff Nautica Apparel, Inc.

| | |
|---|---|
| NAUTICA APPAREL, INC., | : **UNITED STATES DISTRICT COURT**<br>: **DISTRICT OF NEW JERSEY**<br>: |
| Plaintiff, | : **Civil Action No. 06-CV-0231(WJM)**<br>: |
| v. | : Hon. William J. Martini<br>: United States District Judge |
| QUOIZEL, INC. and CAPITOL LIGHTING EXECUTIVE MANAGEMENT CORPORATION d/b/a WWW.1800LIGHTING.COM, | :<br>: **PERMANENT INJUNCTION AND FINAL**<br>: **JUDGMENT ON CONSENT**<br>: |
| Defendants. | : |

WHEREAS, plaintiff Nautica Apparel, Inc. ("Nautica") on January 18, 2006, having filed a complaint against Quoizel, Inc. ("Quoizel"), a New York corporation, maintaining a principal place of business at 6 Corporate Parkway, Goose Creek, SC 29445 and Capitol Lighting Executive Management Corporation d/b/a www.1800lighting.com, a New Jersey corporation, maintaining a principal place of business at 365 Route 10 E at River Road, East Hanover, New Jersey 07936, said complaint having asserted causes of action for trademark infringement, false designation of origin, false advertising, dilution and unfair competition relating to defendants' unauthorized use of certain of the NAUTICA trademarks said claims have arisen, in particular, out of defendants' design, manufacture, advertisement, distribution, offer for sale and/or sale of lighting products and clocks bearing unauthorized reproductions, copies and/or colorable

1

imitations of the NAUTICA trademarks and marks confusingly similar thereto including the term Nautical (the "Offending Products"). Photographs of examples of the Offending Products are annexed hereto as Exhibit A; and

WHEREAS, Nautica and Quoizel have been afforded the opportunity to consult with, and having consulted with, attorneys of their own choice in connection with the execution of this Permanent Injunction and Final Judgment on Consent, and having relied upon the advice of such attorney in executing this Permanent Injunction and Final Judgment on Consent, and having entered into a Settlement Agreement (the "Agreement") dated May 19, 2006, providing, *inter alia*, for the entry of this Permanent Injunction and Final Judgment on Consent; and

WHEREAS, the Court has jurisdiction over the subject matter of this action and personal jurisdiction over Quoizel and venue in this action being proper in this judicial district;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that

1. Quoizel, its parent companies, affiliates, divisions, and subsidiaries, as well as its respective principals, officers, agents, shareholders, servants, employees and all others with notice hereof acting in direct and/or indirect concert or participation with them, be and hereby are PERMANENTLY ENJOINED and RESTRAINED from:

    (a) the design, manufacture, purchase, distribution, advertisement, offer for sale and sale of the Offending Products depicted in Exhibit A; and

    (b) the import, export, manufacture, distribution, purchase, circulation, offer for sale, sale, advertisement, promotion, marketing or display of any goods, on or in connection with any unauthorized reproductions, copies and/or colorable imitations of the NAUTICA trademarks including the following: (1) Reg. No. 2,304,411, for the mark NAUTICA; (2) Reg. No. 2,246,317 for the mark NAUTICA; (3) Reg. No. 2,242,969 for the mark NAUTICA; (4) Reg. No.

2,865,300, for the mark NAUTICA; (5) Reg. No. 2,731,466 for the mark NAUTICA; (6) Reg. No. 2,491,501 for the mark NAUTICA SIGNATURE TABLEWARES; (7) Reg. No. 2,476, 203 for the mark NAUTICA BERMUDA TABLEWARES; (8) Reg. No. 2,292,976 for the mark NAUTICA; (9) Reg. No. 2,247,914 for the mark NAUTICA; (10) Reg. No. 2,306,324 for the mark NAUTICA; and (11) Reg. No. 1,464,663 for the mark NAUTICA; or marks confusingly similar thereto, or any derivations thereof, either individually or in conjunction with other words, marks or designs including, but not limited to, the term Nautical.

2. This Court retains jurisdiction of this action for the purpose of enforcing the provisions of the Agreement and this Permanent Injunction and Final Judgment on Consent by way of contempt or otherwise.

3. Quoizel agrees not to contest the validity of the NAUTICA trademarks in any such proceeding.

4. The parties waive appeal of this Permanent Injunction and Final Judgment on Consent.

5. Each party to this Permanent Injunction and Final Judgment on Consent shall bear its own costs and attorneys' fees of this action.

6. This Permanent Injunction and Final Judgment on Consent shall operate as the final judgment in this action.

_____   _____
Stephen L. Baker   Frank Fazio 7844
Neil B. Friedman   PORZIO BROMBERG & NEWMAN PC
BAKER and RANNELLS, PA   100 Southgate Parkway
626 N. Thompson Street   Post Office Box 1997
Raritan, NJ 08869   Morristown, NJ 07962-1997
(908) 722-5640   (973) 538-4006

Attorneys for Plaintiff Nautica Apparel, Inc.   Attorneys for Defendant Quoizel, Inc.

Date: May 24, 2006   Date: May 12, 2006

SO ORDERED.

_____   _____
Hon. William J. Martini   Date
U.S. District Judge

4

# EXHIBIT A





## Nautical Collection

*Brushed Nickel Finish - Acid Etched Glass*

This collection gives a nod to timeless nautical style of the magnificent ocean liners of the 20's and 30's, but is updated for today's homes. A handsome classic that is always in fashion.

*All chain-hung fixtures come with 12' of wire and 8' of chain*

**NA 1716BN**
13 1/2" H, 16" D
(3) 100W Medium Base
*Convertible*

**NA 5103BN**
22 1/2" H, 25" D
(3) 100W Medium Base

**NA 2825BN**
72" H, 25 1/2" D
(5) 100W Medium Base

**NA 1510BN**
47 1/2" H, 9 1/2" D
Height Includes (5) 12" Rods
(1) 100W Medium Base
Comes with 10' of wire